IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. 4:17-cr-00284 |
| MARY MOSLEY, ET AL. | § § § § | |

## APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that Wilvin J. Carter of The Law Offices of Wilvin J. Carter P.C., 7324 Southwest Freeway, Tower 2, Suite 985, Houston, Texas 77074, Telephone (713) 454-9890, Facsimile (855) 380-3795, hereby enters an appearance on behalf of Defendant Mary Mosley.

Respectfully submitted,

THE LAW OFFICES OF WILVIN J. CARTER P.C.
7324 Southwest Freeway
Tower 2, Suite 985
Houston, Texas 77074
Telephone 713.454.9890

By: /s/ *Wilvin J. Carter*
    Wilvin J. Carter
    State Bar No. 24045622
    Attorney for Mary Mosley